UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: APPLICATION AND ORDER

        Plaintiff(s),                            Case No. 21-50178

v.                                               Judge  Bernard A. Friedman

                                                  Magistrate Judge

        Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __3,4__, filed __5/16__, has been modified. The explanation for the correction is stated below.

☑ The docket entry was made on the wrong case.

☐ The corresponding document image was missing or incomplete.

☐ The wrong document image was associated.

☐ The wrong judicial officer was listed on the case docket.

☐ The filer information was inaccurate or omitted from the docket text.

☐ The judicial officer information was inaccurate or omitted from the docket text.

☐ The docket text was changed *to include the Partial Payment Order.*

☐ Other:

If you need further clarification or assistance, please contact __K. Brown__ at _____.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: May 16, 2022                         s/K. Brown
                                                          Deputy Clerk